UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER PAPPAGALLO,

                    Plaintiff,

        -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                    Defendant.
------------------------------------------------------------X

19 CIVIL 8003 (KPF)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded for further administrative proceedings, including offering the Plaintiff the opportunity for a new hearing and decision in the case, with the opportunity to present additional evidence and witnesses, in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
         March 11, 2020

                                            **RUBY J. KRAJICK**

                                              **Clerk of Court**
                        **BY:**
                                              **Deputy Clerk**